UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

RICHARD SWEAT, SR.,

    Plaintiff,

v.

BOB FERGUSON, ET AL.,

    Defendants.

Civil Action No. 3:22-cv-5531-BJR-BAT

ORDER ADOPTING THE REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the record of the case, and no objections having been filed, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The case is dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 27th day of September 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge